UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                              Plaintiff,                  **MEMORANDUM**

      -against-                                     7:21-cr-00646-KMK

Christopher Nunez,
                            Defendant.
-------------------------------------------------------------x

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

       Please find attached a transcript of the 2/28/2022 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: March 30, 2022
        White Plains, New York

                                                                Respectfully Submitted,

                                                               s/ Paul E. Davison

                                                               _____
                                                               PAUL E. DAVISON
                                                               United States Magistrate Judge