UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
================================================X

THE UNITED STATES OF AMERICA

                                                                      21 CR 646 (KMK)

-against-                                  **ORDER**

CHRISTOPHER NUNEZ,

                                      Defendant.
================================================X

Upon the application of defendant Christopher Nunez, it is hereby ORDERED that the Westchester County Jail shall make available a private room for Mr. Nunez to participate in a videoconference, on at least two occasions, each occasion lasting two consecutive hours, with his attorney's retained expert evaluator, Dr. Meg Kaplan, at a date and time in April and/or May 2022 convenient to all parties.

SO ORDERED.

Dated: April 7, 2022

White Plains, New York

                                                                             KENNETH M. KARAS
                                                                             United States District Judge