

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

P7476111/NLD

TO: HONORABLE KENNETH M. KARAS
U.S. District Judge

FROM: THOMAS J. McCARTHY
Supervisory U.S. Probation Officer

RE: Christopher James Nunez
Docket No. 21 CR 646 (KMK)

Enclosed is a matter from the U.S. Probation Office requesting a decision from Your Honor. Please direct your response along with any attachment to our office at 500 Pearl Street, 7th floor, so that we may take appropriate action.

Respectfully submitted,

*Thomas J. McCarthy*

THOMAS J. McCARTHY
Supervisory U.S. Probation Officer
212-805-5197

DATE: June 21, 2022



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

| TO: | Honorable Kenneth M. Karas<br>U.S. District Judge |
|---|---|
| FROM: | Nicolo L. DiMaria<br>U.S. Probation Officer Specialist |
| RE: | Christopher James Nunez<br>21 CR 646 (KMK) |
| DATE: | June 21, 2022 |

### PAYMENT AUTHORIZATION

As directed by Your Honor, arrangements were made by the Probation Department for a mental health evaluation to be prepared for the Court, pursuant to 18 USC 3552. Attached please find the bill submitted, in the amount of $4,000, by Empire State Forensics.

We are requesting that Your Honor authorize the Clerk of the Court to make payment to Empire State Forensics as the report has been completed and will be submitted to the Court. Execution of the attached Order which we have prepared will enable us to have payment made by the Clerk of Court.

                                              Respectfully Submitted,

                                              Michael J. Fitzpatrick
                                              Chief U.S. Probation Officer

                                 By:    Nicolo L. DiMaria
                                           U.S. Probation Officer Specialist

Approved:

Thomas J. McCarthy
Supervisory U.S. Probation Officer



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA

      - against -

CHRISTOPHER JAMES NUNEZ,

      Defendant

---------------------------------------------------------x

21 CR 646 (KMK)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $4,000, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: White Plains, New York
       June **21**, 2022

_____
Honorable Kenneth M. Karas
U.S. District Judge